ACCEPTED
15-24-00111-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:12 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00111-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:12:41 AM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas**
*Appellants,*

V.

**Championx, LLC,**
*Appellees.*

On Appeal from the 419th Judicial District Court, Travis County, Texas
Cause Number D-1-GN-20-000139

**Appellants' Notice of Change
of Designation of Agency Counsel**

Appellants, Glenn Hegar, Comptroller of Public Accounts of the

State of Texas, and Ken Paxton, Attorney General of the State of Texas,

file this Notice of Change of Designation of Agency Counsel, pursuant

to Rule 6.1 of the Texas Rules of Appellate Procedure and designate

Kyle Pierce Counce, Assistant Attorney General, as the lead counsel.

Kyle Pierce Counce replaces Kelsey Hanson, whose signature also

appears below in compliance with Texas Rule of Appellate Procedure

6.1(c). Appellees request that all future pleadings, notices, and other correspondence be sent to Kyle Pierce Counce at the address that appears below.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Chief, Tax Litigation Division

*/s/ Kyle Pierce Counce*
KYLE PIERCE COUNCE
Assistant Attorney General
State Bar No. 24082862
T: (512) 463-3112
Kyle.Counce@oag.texas.gov

Office of the Attorney General
Tax Litigation Division
P.O. Box 12548 (MC 029)
Austin, Texas 78711-2548
FAX: (512) 478-4013

**ATTORNEYS FOR APPELLANTS**

AGREED AS TO DESIGNATION:

/s/ *Kelsey Hanson (with permission)*
KELSEY HANSON
State Bar No. 24096654
Kelsey.Hanson@oag.texas.gov

## CERTIFICATE OF SERVICE

I certify that on **June 4, 2025**, a copy of the foregoing pleading was served on all parties or attorneys of record via the service methods listed below.

*Via Electronic Service and/or email:*

Deborah S. Sloan
dsloan@jonesday.com
JONES DAY
2727 N. Harwood Street, Suite 500
Dallas, Texas 75201-1515

John M. Allen
jmallen@jonesday.com
Antoinette L. Ellison
aellison@jonesday.com
JONES DAY
1221 Peachtree Street NE
Atlanta, Georgia 30361

**ATTORNEYS FOR APPELLEES**

*/s/ Kyle Pierce Counce*
KYLE PIERCE COUNCE
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynee Pearson on behalf of Kyle Counce
Bar No. 24082862
lynee.pearson@oag.texas.gov
Envelope ID: 101596940
Filing Code Description: Other Document
Filing Description: 20250604 Appellants Not of Change of Desig of Agency Counsel-Counce
Status as of 6/4/2025 10:18 AM CST

Associated Case Party: ChampionX, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Sloan | 786230 | dsloan@jonesday.com | 6/4/2025 10:12:41 AM | SENT |
| Carla Dennis | | cydennis@jonesday.com | 6/4/2025 10:12:41 AM | SENT |
| John MAllan | | jmallan@jonesday.com | 6/4/2025 10:12:41 AM | SENT |
| Antoinette L.Ellison | | aellison@jonesday.com | 6/4/2025 10:12:41 AM | SENT |

Associated Case Party: Ken Paxton, Attorney General of the State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 6/4/2025 10:12:41 AM | SENT |